AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

Kevin T. Wilson
*Petitioner*

v.

37th Circuit Court &
Calhoun County Sheriff Dept.
*Respondent*
(name of warden or authorized person having custody of petitioner)

Case No. _____
*(Supplied by)*

1:24-cv-228
Sally J. Berens
U.S. Magistrate Judge

**FILED - GR**
March 6, 2024 10:20 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: KB / 3/6

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Kevin Theodore Wilson
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: Calhoun County Correctional Center
   (b) Address: 185 E. Michigan Avenue
   (c) Your identification number: # 200560
3. Are you currently being held on orders by:
   ☐ Federal authorities     ☒ State authorities     ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

- ❏ Pretrial detention
- ❏ Immigration detention
- ❏ Detainer
- ❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ❏ Disciplinary proceedings
- ☒ Other *(explain)*: Constitutionality of charges alleged.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: 37th Circuit Court, Calhoun County, Battle Creek, Michigan
   (b) Docket number, case number, or opinion number: 2023-2775-FH
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

   (d) Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ❏ Yes    ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:
       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal: you cannot appeal the constitutional foundation of a statute in state court.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ❏ Yes    ☒ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: *Because, you cannot challenge the constitutionality of a statute in state court.*

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☒ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: *See #s 8 and 9.*

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes      ☒ No

If "Yes," answer the following:

    (a)      Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
         ☐ Yes      ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes  ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes  ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes  ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Plaintiff alleges that the crimes alleged are unconstitutional and violate other of his U.S. Constitutional rights and protections, and deny him other rights and protections retained by the people.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The constitution of the U.S is the Supreme law of the land and anything that contradicts its protections become null under its supremacy, whether state law policy or proceedure.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes  ☐ No

**GROUND TWO:** Plaintiff alleges that the crimes alleged are in violation of his 1st Amendment protections.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Plaintiff has the right of freedom of speech and press and to petition government for redress.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes  ☐ No

**GROUND THREE:** 

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes  ☐ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do: Issue an injunction for relief from unconstitutionally founded charges, order the release of the plaintiff and the dismissal of charges alleged.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 2/21/2024

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 2/21/2024

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

Kevin Wilson
Calhoun County Jail
185 E Michigan Ave
Battle Creek MI 49014

 

Retail
U.S. POSTAGE PAID
FCM LG ENV
ALBION, MI 49224
MAR 04, 2024
49503
$1.63
RDC 99
R2305K134158-44

Office of the Clerk
United States District Court
399 Federal Building
110 Michigan NW
Grand Rapids MI
49503-2369